UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 AUG 30 PM 4: 35
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Roderick Stanback, )
)
Plaintiff, )
)
vs. )  Cause No.
)
Resolute Treatment Facility, )
) 1:16-cv-2329 WTL-DML
Defendant. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant Resolute Treatment Facility for discrimination as set forth below.

Plaintiff ____ DOES ✓ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name and Address

Roderick Stanback
2337 Lammermoor Circle
Indianapolis, In 4624

Defendant's Name and Address

Resolute Treatment Facility
302 N Tibbs
Indianapolis In 46202

### II. JURISDICTION

1. This complaint is brought pursuant to:

_____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

_____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): Discrimination

2. Plaintiff ✓ DID \_\_\_\_ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _____ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

I was fired from Resolute Treatment Fac because I told an staff not to talk to me because the way she treated me. I called Corporate about the Issue they never called back but the Resolute fired me.

## IV. FACTS IN SUPPORT OF COMPLAINT

Resolute didn't not talk to my witnesses.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I want my job back or payment back.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this __30__ day of __August__, 20__16__

_____
(Signature of Plaintiff)